# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
DEC 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

CR 19 0700 RS

FROYLAN SANCHEZ,
a/k/a Froylan Azhea Martinez-Sanchez,
a/k/a Daniel Sanchez Bustos, and
JOSE IVAN SANCHEZ

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(c) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine (Multiple Counts);
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine;
21 U.S.C. § 853 – Forfeiture Allegation
18 U.S.C. § 2 – Aiding and Abetting

A true bill.    _True Bill_
_____
                                      Foreman

Filed in open court this ___17___ day of
___December 2019___.

                                  ROSE MAHER
_____
                                      Clerk

THOMAS S. HIXSON          Bail, $ _____
UNITED STATES MAGISTRATE JUDGE

**NO PROCESS**

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

See Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*FILED DEC 17 2019*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**DEFENDANT - U.S.**

▶ Froylan Sanchez, a/k/a Froylan Azhea Martinez-Sanchez, a/k/a Daniel Sanchez Bustos

DISTRICT COURT NUMBER

**CR 19 0700 RS**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

SA Landon Hoffman, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
19-mj-72010

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Sloan Heffron

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year  12/12/19

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

FILED

DEC 17 2019

SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR 19 0700 RS

## ATTACHMENT TO PENALTY SHEET

**Count One: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Cocaine**

<u>Maximum Penalties:</u>
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

**Count Two: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine**

<u>Maximum Penalties:</u>
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

**Count Three: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine**

<u>Maximum Penalties:</u>
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

//
//
//

**Count Four: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine**

Maximum Penalties:
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

**Count Five: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine**

Maximum Penalties:
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

FILED
DEC 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
RS
CR 19 0700

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

See Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
DEC 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ Jose Ivan Sanchez

DISTRICT COURT NUMBER

CR 19 0700 RS

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

SA Landon Hoffman, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.
19-mj-72010

Name and Office of Person
Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Sloan Heffron

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year 12/12/19

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

FILED
DEC 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## ATTACHMENT TO PENALTY SHEET

**Count One: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Cocaine**

<u>Maximum Penalties:</u>
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

**Count Two: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine**

<u>Maximum Penalties:</u>
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

**Count Three: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine**

<u>Maximum Penalties:</u>
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

//
//
//

**Count Four: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine**

Maximum Penalties:
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

**Count Five: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine**

Maximum Penalties:
- Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C))
- Fine: $1,000,000 (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: life (with minimum of 3 years) (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013)
- Forfeiture
- Denial of Federal Benefits
- Immigration Consequences (including potential removal)

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

DEC 17 2019

SUSAN Y. SOU...
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19 0700 RS |
| Plaintiff, | VIOLATIONS: |
| v. | 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Cocaine; |
| FROYLAN SANCHEZ, a/k/a Froylan Azhea Martinez-Sanchez, a/k/a Daniel Sanchez Bustos, and | 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine (Multiple Counts); |
| JOSE IVAN SANCHEZ, | 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine; |
| Defendants. | 21 U.S.C. § 853 – Forfeiture Allegation; 18 U.S.C. § 2 – Aiding and Abetting |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Cocaine)

Beginning on or about August 23, 2019, and continuing to on or about November 7, 2019, in the Northern District of California and elsewhere, the defendants,

FROYLAN SANCHEZ,
a/k/a Froylan Azhea Martinez-Sanchez, a/k/a Daniel Sanchez Bustos, and
JOSE IVAN SANCHEZ,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of

INDICTMENT

1  methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a
2  mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in
3  violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(C).

COUNT TWO:        (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine)

On or about August 23, 2019, in the Northern District of California, the defendants,

**FROYLAN SANCHEZ,**
a/k/a Froylan Azhea Martinez-Sanchez, a/k/a Daniel Sanchez Bustos, and
**JOSE IVAN SANCHEZ,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT THREE:     (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine)

On or about August 23, 2019, in the Northern District of California, the defendants,

**FROYLAN SANCHEZ,**
a/k/a Froylan Azhea Martinez-Sanchez, a/k/a Daniel Sanchez Bustos, and
**JOSE IVAN SANCHEZ,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT FOUR:      (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine)

On or about September 13, 2019, in the Northern District of California, the defendants,

**FROYLAN SANCHEZ,**
a/k/a Froylan Azhea Martinez-Sanchez, a/k/a Daniel Sanchez Bustos, and

INDICTMENT                                        2

JOSE IVAN SANCHEZ,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT FIVE:     (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Methamphetamine)

On or about November 7, 2019, in the Northern District of California, the defendants,

FROYLAN SANCHEZ,
a/k/a Froylan Azhea Martinez-Sanchez, a/k/a Daniel Sanchez Bustos, and
JOSE IVAN SANCHEZ,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION:     (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Five above, the defendants,

FROYLAN SANCHEZ,
a/k/a Froylan Azhea Martinez-Sanchez, a/k/a Daniel Sanchez Bustos, and
JOSE IVAN SANCHEZ,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

INDICTMENT                                3

|   |   |   |
|---|---|---|
| a. | cannot be located upon exercise of due diligence; |
| b. | has been transferred or sold to, or deposited with, a third party; |
| c. | has been placed beyond the jurisdiction of the court; |
| d. | has been substantially diminished in value; or |
| e. | has been commingled with other property which cannot be divided without difficulty, |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED:

12/17/19

A TRUE BILL.

/s/ FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

/s/ Sloan Heffron
SLOAN HEFFRON
Assistant United States Attorney

INDICTMENT                                  4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

RS

**CASE NAME:**
USA V. FROYLAN SANCHEZ et al

**CASE NUMBER:** CR 19 0700

| Field | Response |
|---|---|
| This Case Under Seal? | Yes   No ✓ |
| Total Number of Defendants: | 1   2-7 ✓   8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK   SJ |
| Is this a potential high-cost case? | Yes   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ |
| Is this a RICO Act gang case? | Yes   No ✓ |

**Assigned AUSA (Lead Attorney):** Sloan Heffron

**Date Submitted:** 12/17/2019

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM | SAVE PDF