UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 3, 2020    **Time:** 10 minutes    **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00700-RS-2    **Case Name:** USA v. Jose Ivan Sanchez

**Attorney for Government:** Sloan Heffron
**Attorney for Defendant:** Julia Jayne, Ashley Riser
**Defendant:** [X] Present   [ ] Not Present
**Defendant Custodial Status:** [] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew      **Court Reporter:** Debra Pas
**Interpreter:** n/a      **Probation Officer:** n/a

## AT&T TELEPHONIC PROCEEDINGS

Status Conference Held.

## SUMMARY

Court proceedings held by telephone. Due to the COVID-19 pandemic, all parties Consent to proceed by telephone.

Mr. Sanchez is in the process of undergoing a competency evaluation.

The Court set a Jury Trial date for May 17, 2021.

**CASE CONTINUED TO: 5/17/2021 at 9:00 am** for Jury Selection/Trial.

**EXCLUDABLE DELAY:**
Category: Effective Preparation of Counsel
Begins: 11/3/2020
Ends: 5/17/2021

Government to prepare an exclusion order.