**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | SANCHEZ, Jose Ivan |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:19-cr-00700-RS-2 |// 
| **Date:** | 11/12/20 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| **Josh Libby** | **(415) 436-7504** |
| **U.S. PRETRIAL SERVICES OFFICER** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    **A.** **The defendant must reside in a halfway house (GeoCare) at 111 Taylor Street in San Francisco, California, and must comply with all conditions of that facility. In addition, he may only leave for medical, court, legal, substance abuse/mental health treatment, or other activities approved in advance by Pretrial Services;**
    **He must arrive at the halfway house by November 17, 2020**

    **B.** **The release condition requiring that the defendant must submit to location monitoring by radio frequency as directed by Pretrial Services is deleted from the defendant's bond;**

    **C.** **The release condition requiring that the defendant must remain in the third-party custody of Berlin Sanchez in Bakersfield, California, is deleted from the defendant's bond.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

_____    November 12, 2020
**JUDICIAL OFFICER**    **DATE**
Hon. Thomas S. Hixson
U.S. Magistrate Judge